36 So.2d 560

### McGRAW v. STATE.

6 Div. 778.

Supreme Court of Alabama.

July 31, 1948.

Ira Tidwell and Roger F. Rice, both of Birmingham, for petitioner.

124

A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., opposed.

FOSTER, Justice.

Petition dismissed for that it was filed more than fifteen days after the rendition by the Court of Appeals of the judgment sought to be revised or corrected, as required by Rules of Practice in Supreme Court, rule 44, as amended, Code 1940, Tit. 7, Appendix.

Petition dismissed.

GARDNER, C. J., and LAWSON and STAKELY, JJ., concur.